RECEIVED
OCT - 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

PEGGY B. AUCOIN        CIVIL ACTION NO. 05-1929

VERSUS        JUDGE DOHERTY

BROADSPIRE SERVICES, INC.        MAGISTRATE METHVIN

## ORDER

Considering the foregoing Ruling,

IT IS ORDERED that the plaintiff's Motion for Summary Judgment [Doc. 11], is HEREBY DENIED.

IT IS FURTHER ORDERED that the defendant's Motion for Summary Judgment [Doc. 13] is HEREBY GRANTED.

IT IS FURTHER ORDERED that the parties SUBMIT a Final Judgment, agreed as to form by all counsel, no later than ten (10) days from the date of this Order, giving effect to the rulings issued this day.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ____ day of October, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE