RECEIVED
NOV 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PEGGY B. AUCOIN, ) | CIVIL ACTION NO. 05-1929 |
| Plaintiff, ) | |
| ) | JUDGE DOHERTY |
| v. ) | |
| ) | MAGISTRATE METHVIN |
| BROADSPIRE SERVICES, INC., ) | |
| Defendant. ) | |

## FINAL JUDGMENT

This action having come before the court for consideration of the parties' cross-motions for summary judgment, and the court having concluded that summary judgment in favor of defendant and against plaintiff is warranted (Order entered October 4, 2006, Doc. No. 21),

IT IS ORDERED and ADJUDGED that this action be DISMISSED. *with prejudice*.

Judgment is hereby entered in favor of Defendant and against plaintiff with the parties to bear their own costs.

DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___ day of November, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

Approved as to form
By:

*s/Sheldon W. Snipe*
Sheldon W. Snipe (La. Bar. No. 22632)
1155 Peachtree Street, Suite 1800
Atlanta, Georgia 30309
(404) 249-5120
(404) 249-5525 Fax
sheldon.snipe@bellsouth.com

_s/ S. Patrick Skiles_
S. Patrick Skiles (La. Bar. No. 26517)
1915 Highway 182 East
Morgan City, LA 70380
(985) 395-9247
(985) 395-3898
pskiles@cox-internet.com